TRIAL-COURTS CERTIFICATION #RIGHTS OF APPEAL
J.) ACKNOWLEDGE, TEX.R.APP.P.68.2 PETITION DISCRETION
-ARY-REVIEWED

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 08 2019
Abel Acosta, Clerk

TRANSPORTATION METROPITAN AUTHORITY CORPORATION
GENERAL PUBLIC PRIVATE SOCIETY CORPORATION CIVIL
VISIT YES CRIMINAL JUSTICE CRIME INVOLVEMENT
LOCKUP DEATH POLICE JAIL FALSE (IN) PRISEMENT PERSONE
MENT PROSECUTION TRANSPORATION 724.063 IN ADMISSI
LITY OF CONCENTRATION (OR) PRESENCE OF SUBSTA
NCE (NO) MARIJANAIA NO CUSH (NO) DRUGES (NO) ALCO
HOL BEVERAGES UNDER SECTION 106.041 ALCOHOLIC CODE
NO) EVIDENCE OPERATION-CWATER CRAFTY CODE) 724.014
CRIMINAL PROCEEDING DUE-PROCESS CODE 724.064
ADMISSIBILITY (IN) CRIMINAL-#PROCEEDING) ARISING
OUT OF) AN OFFENSE #UNDER #CHAPTER 49 PENAL
CODE (INVOLVING)THE) OPARATION of METROPITAN
BUS TRANSPORTATION UNDERCOVER POLICE (A MOTOR
VEHICLE CAR PLAYER) GOOGLE ANDROID AUTO, TWO SYSF
EM THAT EFFECTIVELY TURN A CARS DASHBOARD SCREEN
INTO) A SMART-PHONE MODELS EXPERTS SAY THE MOVE
TO SYSTEM ADMISSION BY OWN TOUCH-SCREEN SCAN VOICE
(IN HOUSE SYSTEM CAR COMPANIES THAT BOTH-DRIVERS LEARNING
CWHICH (NEW)-CAR-BASED SYSTEM MY LINK-TOUCH-SCREEN
ENTRY-LEVEL MODELS PEOP-PLUGINTO) THE CAR USP-
PORT-SYSTEM PHONE GOOGLE MAP VENUE DISTRICT CORPOR
ATION (AND) CRIMINAL POLICE THE DEPARTMENT NO CHAGE
CHANGE (of VENUE) od BUSINESS VENDOR BUSINESS
COMPANIES NOT ARRESTED BY HPHD) HOUSTON DEPART
MENT-OF POLICE NOT DID NOT ARRESTED ME) EDWARD
J. MSKENZIE #NJ WARRANT OTHER SYSTEM WAS
USED DAN W. RICHORDSON ISSUED THE ARRESTED



COURT OF CRIMINAL-APPEAL APPELLATE COURT
TEXAS RULE PROCEDURE TEX. R. APP. P. 68.2 (2)
PERMISSION TO) APPEAL APPELLATE PETITION RULE
701-710 N. POST-OAK ROAD SUITE 400 TELEPHONE
713-524-3151 HOUSTON TX. 77024 FACSIMILE
713-613-2908 SBN 24013397 SPN 01792611
DISTRICT ATTORNEY OFFICE PROSECUTION OR ISSUED
THE INDICTEMENT OF GRAND JURY OFFICE OF
TEXAS COURT OF CRIMINAL APPEAL TEXAS R. APP.
P. 6.8 (A) ACKNOWLEDGEMENT ON FORM APPEL-
LATE APPEAL PETITION FOR DISCRETIONARY REVIEW
OPPORTUNITY TO FILE COMMUNICATION IN AN
ANSWER) ADDRESS THIS CASE) PRO-SE PETITION
FOR DISCRETIONARY REVIEW TEXAS RULES OF APPE-
LLATE PROCEDURE 25.2 (B) 12) AFTER B) COURT
PERMISSION TO) APPEAL CODE EVIDENCE CONCENTRATI
PRESENCE OF A) CONTROLLED NO) SUBSTANCE-
OR DRUGS) DANGEROUS OTHER SUBSTANCE
AS NOT SHOWN MATTER RELEVEANT TESTED BY
BY A) PHOYGRAPHIC TEST NEITHER) DETECTED BY) ANA-
LYSIS (G (D)) SPECIMEN OF) THE PERSON
DOCTOR) DIAGNOSIS PHYISCAL) THE EXAMINATION
NATION OR) INJURIES NO A) NO BILL
INTERNAL AFFAIRS NO RX RAY X RAY NO) EKG NO)
MRI) EXAMINATION CANCER NO A) NO BLOOD
BEATHG LIEZER OR URINE OR ANY OTHER BODY
SUBSTANCE EXAMINATION ON THE BODY OF)
UNDERCOVER NO A) METROPHLITAN TRANSPORTAT
ION TRANSITE BUS STOP PUBLIC SOCIETY
GENERAL PUBLIC IN ADMISSIBLE NO)

3

BY) HAVE NOT SUBPOENA (NO) EVIDENCE
TO COURT ( APPROXIMATELY AUG-18-2015
ARRESTED (ON) OCT-10-2014) IN THE) HARRIS COUNTY
JAIL. PRESENCE (CONTROLLE) OBTAINED VIA
(ANALYSIS) AUTHORIZED (BY) SECTION 724
.014) IS INADMISSIBLE IN A CIVIL OR
CRIMINAL (ACTION) OBSTRUCTION (OF) JUSTICE
WOODALL V. STATE 216) S.W.3D 530. 536
TEX. APP. TEXARKANA 2007. REV'D (ON) OTHER
GROUND. MERIT (SUB) NOM) HOLMES V.
STATE-323 S.W.2D (2)963) TEX) CRIM. APP 2009
SECTION 724.064) # ( PRO PROVIDE (THAT) THE
REGISLATURE FOUND THE TYPES OF BLOOD
TEST. NO INJURIES (ON) NOVA OF) SCIENTIFIC
TEST. (WE LIARS) DETECTOR PHOTOGRAPHY
TEST (TO) JUDGE) ON CHIEF PROSECUTOR
OBSTRUCTION (OF) JUSTICE) TAKEN OF THE NOW INTO THEIR
OWN HAND IN SUFFICIENT EVIDENCE (IN THE) THIS
CASE SHOWS IN FALSE) CHARGES) FIRST,
APPROVED (BY (A) MACHINE (SUP) DO NOT TYPE OF A
FORENSIC. TESTS SCIENTIFIC EXAMINATION (BY)
(A DOCTOR) OR HOSPITAL) RECORD IN O) RELIABLE
TO BE ADMISSIBLE AS EVIDENCE) SUBPOENA
TO COURT MATERIAL (IN) AUG-28-15 PARDON
MATTER SCRUTIZED ). RE RESULT NO) TO BE
STAINED FOR MATERIAL EVIDENCE CRETE
ON ON) STEEL EXISTED. CONCLUSIVELY # THAT
THE BREATH OF) BLOOD OF ALCOHOL NO

(4) TRANS $! 724.004 RIGHT TO RIGHT HEARING
724.019 - 724.018 724.017 Bohoody.

SECTION 724.064 7. HOWEVER I DOES NOT
PROVIDE "THAT THE "TEST "CARE CONCLUSIVE
OR) THAT "THE BREATH BLOOD - ALCOHOHCOL
CONTENT IS UNASSAILABLE THE MERE
FACT EYE WITNESS FACT VALINE EVIDENCE
AS BEEN APPROVE) WITHOUT A) BLACK SHADOW
COULD) BE DOUBT BE A DOUBT 87 ) (REASONABLE
DOUBT 87 NOT ATTACKED TO) NOVA CASE
RECORD COLLECTIVELY (an) A REPORTED CASE
IN TEXAS HOSPITAL OR COURT RECORD HED
(RS 07) EVIDENCE DOCUMENT OF APPROVE OF
INJURIES TO ADD) DRUGE IN EDWBROUMSKENZ
FE DISMISS on UNDENIABLE RELIABILITY
THAT RECORD OR DOCUMENT WAS SUBDUE
M A TO COURT TRIAL COURT FOR RECORD
ID APPROX JULY 25 AUG 2015 CTY COUNSEL
CHIEF PROSECUTOR DAN W. RICHARDSON 710 N.
OAK ROAD SUITE 400 HUSTON TEXAS 77024
NOT BE ABLE TO CROSS EXAMINE TO A
STATES WITNESS TO NOT ATTEMPTED TO
HARD OR HARM) NOVA NO INJURIES HAS OR WAS
BEST ABLISHED SEARCH OUT AVOID EXPEX
POSE WAS) FOUND IN MY BODAGE THE
WEAKNESS IF ANY ACTUALLY EXIST
WHICH THE LIE DETECTOR TEST THE
MACHINE MAY POSSES THE TKUED THE
LIGHT TRANS $! 724.004 WAVER OF RIGHT
724.004 724.019 724.018



THE STATE OF TEXAS
VS.

EDWARD MCKENZIE
308 E. MAIN
LA PORTE, TX 77571

SPN: 00231225
DOB: BM 10/10/56
DATE PREPARED: 11/3/2014

D.A. LOG NUMBER:2105373
CJIS TRACKING NO.:9170265615-A001
BY: MA DA NO: 002662802
AGENCY:HPD
O/R NO: 129038214
ARREST DATE: 10/10/14

NCIC CODE: 1313 18

RELATED CASES:

FELONY CHARGE: ASSAULT
CAUSE NO: 1444596
HARRIS COUNTY DISTRICT COURT NO: 351
FIRST SETTING DATE:

BAIL: $10,000.
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWARD MCKENZIE**, hereafter styled the Defendant, heretofore on or about **OCTOBER 10, 2014**, did then and there unlawfully, INTENTIONALLY AND KNOWINGLY cause bodily injury to G. NOVAK, hereinafter called the Complainant, A PERSON THE DEFENDANT KNEW WAS A PUBLIC SERVANT WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY, TO-WIT: INVESTIGATING UNATTENDED BAGS by STRIKING THE COMPLAINANT WITH HIS HAND.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JULY 13, 1979, in Cause Number 299290, in the 184TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of THEFT.

Before the commission of the primary offense, and after the conviction in Cause Number 299290 was final, the Defendant committed the felony of AGGRAVATED ASSAULT and was finally convicted of that offense on JUNE 14, 1984, in Cause Number 366194, in the 180TH DISTRICT COURT of HARRIS County, Texas.

F I L E D
Chris Daniel
District Clerk

NOV 0 4 2014

Time: 11: PM
Harris County, Texas

By NLO
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

2014 NOV -4 PM 4: 33

RECEIVED

Foreman                    228th

FOREMAN OF THE GRAND JURY

INDICTMENT